# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 10, 2016

## NO. 03-15-00280-CV

**Michael J. DeLitta, Appellant**

**v.**

**Nancy Schaefer, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the order signed by the trial court on April 29, 2015. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.